UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOKAYLVEIA WARD,
a/k/a  Kay Ward,

      Plaintiff,

v.                                        Case No. 3:15-cv-473-J-39PDB

STELLAR RECOVERY, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff's Notice of Satisfaction of Judgment and Dismissal with Prejudice (Doc. No. 7; Notice) filed on July 2, 2015. In the Notice, Plaintiff advises that Defendant has satisfied the judgment in the present case and Plaintiff therefore dismisses the action with prejudice. See Stipulation at 1. Accordingly, it is hereby

    ORDERED:

    1.    This case is **DISMISSED with prejudice.**

    2.    Each party shall bear its own costs and fees.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

    **DONE** and **ORDERED** in Jacksonville, Florida, this 11th day of August, 2015.

BRIAN J. DAVIS
United States District Judge

**Copies to:**

Counsel of Record

*ap*